AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 15 U.S.C. Section 1 -- Price Fixing

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

**DEFENDANT - U.S**

▶ CHENG YUAN LIN, aka C.Y. LIN

MMC

**DISTRICT COURT NUMBER**

CR 09  0110

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

this is a reprosecution of
☐ charges previously dismissed which were dismissed on motion of:   **SHOW DOCKET NO.**
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☐ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Niall E. Lynch, Ass't Chief, ATD

### DEFENDANT

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes"
been filed?   ☐ No   } give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address: Zen-ai Road, 3rd Section, Lane 5 / Alley, 1, Number 2 / Taipei, Taiwan

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

PENALTY SHEET

Indivision:     CHENG YUAN LIN, aka C. Y. LIN

<u>Maximum Penalties</u>:



1.     A fine in an amount equal to the largest of:

    A.     $1,000,000.00                    **CR 09     0110**

    B.     Twice the gross pecuniary gain derived from the crime.

    C.     Twice the gross pecuniary loss caused to the victims of the crime.

2.     A term of imprisonment for ten years.

3.     A term of probation of at least one year but not more than five years.

4.     $100 special assessment.

5.     Restitution.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

15 U.S.C. Section 1 -- Price Fixing

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attachment

─ DEFENDANT - U.S ─

► WEN JUN CHENG, aka TONY CHENG

DISTRICT COURT NUMBER

CR 09 0110

**DEFENDANT**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Niall E. Lynch, Ass't Chief, ATD

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:    #2 Lane 257, Lin Chung Yang Road
#18 Lin, Fu Chung Li, Hsin Chu City
Taiwan

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

PENALTY SHEET

Indivision: WEN JUN CHENG, aka TONY CHENG

<u>Maximum Penalties:</u>

**MMC**

1. A fine in an amount equal to the largest of:

    A. $1,000,000.00

    **CR 09        0110**

    B. Twice the gross pecuniary gain derived from the crime.

    C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of probation of at least one year but not more than five years.

4. $100 special assessment.

5. Restitution.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

15 U.S.C. Section 1 -- Price Fixing

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

MMC

### DEFENDANT - U.S

▶ DUK MO KOO

DISTRICT COURT NUMBER

CR 09 DEFENDANT 0110

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Niall E. Lynch, Ass't Chief, ATD

### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:  c/o Wine and Friends
3rd Floor, 97-16 Chungdam-dong, Gangnam-gu
Seoul, Korea

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

PENALTY SHEET

Indivision: DUK MO KOO

Maximum Penalties:

1. A fine in an amount equal to the largest of:

   A. $1,000,000.00

   B. Twice the gross pecuniary gain derived from the crime.

   C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of probation of at least one year but not more than five years.

4. $100 special assessment.

5. Restitution.

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

**MMC**

UNITED STATES OF AMERICA,

V.

# CR 09        0110

CHENG YUAN LIN, aka C.Y. LIN,

DEFENDANT(S).

A true bill.

_Paul J. Taylor_
Foreman

Filed in open court this ___3___ day of

___February , 2009___

**Brenda Tolbert**
**Maria Elena James** Clerk
**United States Magistrate Judge**

Bail, $ _____

_ano Wensit_

NO BAIL ARREST WARRANT

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

FILED
FEB -4 AH 9: 13
RICHARD W. ...
...U.S. ...
...EKING
...T COURT
CALIFORNIA

UNITED STATES OF AMERICA,

v.

# CR 09    0110

**MMC**

WEN JUN CHENG, aka TONY CHENG,

DEFENDANT(S).

---

A true bill.

_____
Foreman

Filed in open court this ___3___ day of

February, 2009.

**Brenda Tolbert**

Maria Elena James Clerk

United States Magistrate Judge

NO BAIL ARREST WARRANT ———— Bail $

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 09**        **0110**

MMC

DUK MO KOO,

DEFENDANT(S).

---



A true bill.

_____ Foreman

Filed in open court this ___2___ day of

February , 2009

**Brenda Tolbert**

Maria Elena James          Clerk

United States Magistrate Judge

NO BAIL ARREST WARRANT, Bail, $ _____

1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  HEATHER S. TEWKSBURY (State Bar No. 222202)
   ALEXANDRA J. SHEPARD (State Bar No. 205143)
3  DAVID J. WARD (State Bar No. 239504)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION                    MMC
11

12  UNITED STATES OF AMERICA           )  CR. 09        0110
                                       )
13              v.                     )       INDICTMENT
                                       )
14  CHENG YUAN LIN, aka C.Y. LIN,      )  VIOLATION:
    WEN JUN CHENG, aka TONY CHENG,     )  Title 15, United States Code,
15  and DUK MO KOO,                    )  Section 1 (Price Fixing)
                                       )
16  _____Defendants._____         )  San Francisco Venue

17      The Grand Jury charges that:

18                                     I.

19                      DESCRIPTION OF THE OFFENSE

20      1.     The following individuals are hereby indicted and made defendants on the charge

21  stated below:

22              (a)    CHENG YUAN LIN, aka C.Y. LIN;

23              (b)    WEN JUN CHENG, aka TONY CHENG; and

24              (c)    DUK MO KOO.

25      2.     From on or about September 14, 2001, until on or about December 1, 2006, the

26  exact dates being unknown to the Grand Jury, coconspirators of the defendants, LG Display Co.,

    INDICTMENT

1 Ltd., formerly known as LG.Philips LCD Co., Ltd. ("LPL"), LG Display America, Inc.,

2 Chunghwa Picture Tubes, Ltd. ("Chunghwa"), and other corporations and individuals, entered

3 into and engaged in a combination and conspiracy to suppress and eliminate competition by

4 fixing the prices of thin-film transistor liquid crystal display panels ("TFT-LCDs") in the United

5 States and elsewhere. The combination and conspiracy engaged in by the defendants, their

6 corporate employers, and other coconspirators was in unreasonable restraint of interstate and

7 foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

8      3.     Defendant CHENG YUAN LIN joined and participated in the conspiracy from at

9 least as early as September 14, 2001 and continuing until at least April 7, 2003. Defendant WEN

10 JUN CHENG joined and participated in the conspiracy from at least as early as October 5, 2001

11 and continuing at least until September 24, 2004. Defendant DUK MO KOO joined and

12 participated in the conspiracy from at least as early as December 11, 2001 and continuing at least

13 until December 1, 2005.

14      4.     The charged combination and conspiracy consisted of a continuing agreement,

15 understanding, and concert of action among the defendants, their corporate employers, and other

16 coconspirators, the substantial terms of which were to agree to fix the prices for TFT-LCDs for

17 use in notebook computers, desktop computer monitors, and televisions in the United States and

18 elsewhere.

19                                        II.

20                MEANS AND METHODS OF THE CONSPIRACY

21      5.     For the purpose of forming and carrying out the charged combination and

22 conspiracy, the defendants, their corporate employers, and other coconspirators did those things

23 that they combined and conspired to do, including, among other things:

24           (a)    attended meetings and engaged in conversations and communications in

25                  Taiwan, Korea, and the United States to discuss the prices of TFT-LCDs;

26           (b)    agreed during those meetings, conversations, and communications to

INDICTMENT              2

1                 charge prices of TFT-LCDs at certain levels;

2           (c)    attended regular group meetings, commonly referred to as "crystal

3                 meetings," in hotel rooms in Taiwan and agreed during those meetings to

4                 charge prices for standard-sized TFT-LCDs at certain target levels;

5           (d)    exchanged TFT-LCD shipping, production, supply, demand, and pricing

6                 information for the purpose of implementing, monitoring, and enforcing

7                 adherence to the agreed-upon prices;

8           (e)    authorized, ordered, and consented to the participation of subordinate

9                 employees in the conspiracy;

10          (g)    issued price quotations in accordance with the agreements reached;

11          (h)    accepted payment for the supply of TFT-LCDs sold at collusive,

12                 noncompetitive prices to customers in the United States and elsewhere; and

13          (i)    took steps to conceal the conspiracy and conspiratorial contacts through

14                 various means.

15                                          III.

16                     DEFENDANTS AND COCONSPIRATORS

17    6.      Defendant CHENG YUAN LIN is a resident of Taiwan, Republic of China. From

18 at least as early as September 14, 2001 until on or about April 7, 2003, CHENG YUAN LIN was

19 Chairman and Chief Executive Officer of Chunghwa. During the period covered by this

20 Indictment, Chunghwa was a Taiwanese company engaged in the business of producing and

21 selling TFT-LCDs to customers in the United States and elsewhere.

22    7.      Defendant WEN JUN CHENG is a resident of Taiwan, Republic of China. From at

23 least as early as September 14, 2001 until on or about September 24, 2004, WEN JUN CHENG

24 was employed by Chunghwa and beginning in March 2002 was Assistant Vice President of Sales

25 and Marketing for Chunghwa. WEN JUN CHENG left his employment at Chunghwa on

26 September 24, 2004.

INDICTMENT                        3

1    8.    Defendant DUK MO KOO is a resident and citizen of the Republic of Korea.

2    During the period covered by this Indictment, DUK MO KOO was Executive Vice President and

3    Chief Sales Officer for LPL. During the period covered by this Indictment, LPL was a Korean

4    company engaged in the business of producing and selling TFT-LCDs to customers in the United

5    States and elsewhere.

6    9.    Various corporations and individuals, not made defendants in this Indictment,

7    participated as coconspirators in the offense charged in this Indictment and performed acts and

8    made statements in furtherance of it.

9    10.    Whenever in this Indictment reference is made to any act, deed, or transaction of

10    any corporation, the allegation means that the corporation engaged in the act, deed, or transaction

11    by or through its officers, directors, employees, agents, or other representatives while they were

12    actively engaged in the management, direction, control, or transaction of its business or affairs.

13                                          IV.

14                              TRADE AND COMMERCE

15    11.    TFT-LCDs are glass panels composed of an array of tiny pixels that are

16    electronically manipulated in order to display images. TFT-LCDs are manufactured in a broad

17    range of sizes and specifications for use in televisions, notebook computers, desktop computer

18    monitors, cell phones, mobile devices, and other applications.

19    12.    During the period covered by this Indictment, the defendants, their corporate

20    employers, and coconspirators sold and distributed substantial quantities of TFT-LCDs in a

21    continuous and uninterrupted flow of interstate and foreign trade and commerce to customers

22    located in states or countries other than the states or countries in which the defendants, their

23    corporate employers, and coconspirators produced TFT-LCDs. In addition, payments for TFT-

24    LCDs traveled in interstate and foreign trade and commerce.

25    13.    The business activities of the defendants, their corporate employers, and

26    coconspirators that are the subject of this Indictment were within the flow of, and substantially

INDICTMENT                                          4

1 | affected, interstate and foreign trade and commerce.

2 | V.

3 | JURISDICTION AND VENUE

4 | 14. The combination and conspiracy charged in this Indictment was carried out, in

5 | part, in the Northern District of California, within the five years preceding the filing of this

6 | Indictment, excluding the period during which the running of the statute of limitations was

7 | suspended pursuant to agreement with defendant CHENG YUAN LIN.

8

9 | ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

10 | DATED:                                          A TRUE BILL

11

12 | Scott D. Hammond                          FOREPERSON
    | Acting Assistant Attorney General

13

14 | Marc Siegel                                     Phillip H. Warren
15 | Director of Criminal Enforcement       Chief, San Francisco Office

16 | United States Department of Justice
    | Antitrust Division

17

18 | Joseph P. Russoniello                       Niall E. Lynch
19 | United States Attorney                      Assistant Chief, San Francisco Office
    | Northern District of California

20

21 | Michael L. Scott
    | Heather S. Tewksbury
22 | Alexandra J. Shepard
    | David J. Ward
23 | Attorneys
    | U.S. Department of Justice
24 | Antitrust Division
    | 450 Golden Gate Avenue
25 | Box 36046, Room 10-0101
    | San Francisco, CA 94102
26 | (415) 436-6660

INDICTMENT                                         5