1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  HEATHER S. TEWKSBURY (State Bar No. 222202)
   DAVID J. WARD (State Bar No. 239504)
3  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | IN RE TFT-LCD (FLAT PANEL)        ) | NOTICE OF RELATED
   | ANTITRUST LITIGATION              ) | CASE IN A CRIMINAL
13 |                                   ) | ACTION
   |                                   ) |
14 |                                   ) | Case No. M 07-1827 SI
   |                                   ) |
15 | ─────────────────────────────────  ) |
   |                                   ) |
16 | UNITED STATES OF AMERICA          ) |
   |                                   ) |
17 |             v.                    ) |
   |                                   ) |
18 | LG DISPLAY CO., LTD. and          ) |
   | LG DISPLAY AMERICA, INC.,         ) |
19 |                                   ) | Case No.  CR 08-0803 SI
   |                                   ) |
20 |             Defendants.           ) |
   |                                   ) |
21 | ─────────────────────────────────  ) |
   |                                   ) |
22 | UNITED STATES OF AMERICA          ) | Case No.  CR-08-0802 SI
   |                                   ) |
23 |             v.                    ) |
   |                                   ) |
24 | SHARP CORPORATION,                ) |
   |                                   ) |
25 |             Defendant.            ) |
   |                                   ) |
26 | ─────────────────────────────────  ) |

27 [CAPTION CONTINUES ON NEXT PAGE]

28 / / /

NOTICE OF RELATED CASE - PAGE 1
Case No. CR-09-0110 MMC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. CR-08-0804 SI |
| v. | ) | |
| CHUNGHWA PICTURE TUBES, LTD., | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | Case No. CR-09-0044 SI |
| v. | ) | |
| CHANG SUK "C.S." CHUNG, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | Case No. CR-09-0045 MHP |
| v. | ) | |
| CHIENG-HON "FRANK" LIN, CHIH-CHUN "C.C." LIU, and HSUEH-LUNG "BRIAN" LEE, | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA | ) | Case No. CR-09-0110 MMC |
| v. | ) | |
| CHENG YUAN "C.Y." LIN, WEN JUN "TONY" CHENG, and DUK MO KOO, | ) | |
| Defendants. | ) | |

The United States, under Crim. L. R. 8-1, files this Notice of Related Cases in a Criminal Action for this criminal case, <u>United States v. Cheng Yuan "C.Y." Lin, Wen Jun "Tony" Cheng, and Duk Mo Koo</u>, to the five previously filed criminal cases related to Judge

NOTICE OF RELATED CASE - PAGE 2
Case No. CR-09-0110 MMC

1 Susan Illston, <u>United States v. LG Display Co., Ltd. and LG Display America, Inc.</u>, CR 08-
2 0803 (SI), <u>United States v. Sharp Corp.</u>, CR 08-0802 (SI), <u>United States v. Chunghwa Picture
3 Tubes, Ltd.</u>, CR 08-0804 (SI), <u>United States v. Chang Suk "C.S." Chung</u>, CR 09-0044 (SI),
4 and <u>United States v. Chieng-Hon "Frank" Lin, Chih-Chun "C.C." Liu, and Hsueh-Lung
5 "Brian" Lee</u>, and to the previously filed civil case assigned to Judge Susan Illston, <u>In re TFT-
6 LCD (Flat Panel) Antitrust Litigation</u>, M 07-1827 (SI). These civil and criminal antitrust
7 cases concern one or more of the same defendants and allege similar events and occurrences.
8       On November 12, 2008, the United States filed three separate Informations in <u>United
9 States v. LG Display Co., Ltd. and LG Display America, Inc.</u>, <u>United States v. Sharp Corp.</u>,
10 and <u>United States v. Chunghwa Picture Tubes, Ltd.</u> charging the three corporate defendants
11 with participating in conspiracies to fix the prices of TFT-LCD in violation of Section 1 of the
12 Sherman Act (15 U.S.C. § 1). The United States and the three defendants filed stipulated
13 notices of a related case on November 14, 2008, requesting that the cases be related to the
14 pending civil class action before Judge Illston, <u>In re TFT-LCD (Flat Panel) Antitrust
15 Litigation</u>, M 07-1827 SI. The three cases were related to Judge Illston on November 20,
16 2008.
17       Judge Illston sentenced the three corporate defendants on December 15, 2008 (LG
18 Display Co., Ltd. and LG Display America, Inc), December 17, 2008 (Sharp Corporation),
19 and January 14, 2009 (Chunghwa Picture Tubes, Ltd).
20       On January 15, 2009, the United States filed two separate Informations. The first
21 Information charged Chang Suk "C.S." Chung, an LG executive, with participating in the
22 TFT-LCD price-fixing conspiracy. The second Information charged Chieng-Hon "Frank"
23 Lin, Chih-Chun "C.C." Liu, and Hsueh-Lung "Brian" Lee, current and former Chunghwa
24 executives, with participating in the same conspiracy. Both Informations were related to
25 Judge Illston on January 23, 2009. These four defendants are scheduled to be sentenced over
26 the next two weeks.
27       On February 4, 2009, the United States filed an Indictment in <u>United States v. Cheng
28 Yuan "C.Y." Lin, Wen Jun "Tony" Cheng, and Duk Mo Koo</u>, CR-09-0110 MMC, charging

NOTICE OF RELATED CASE - PAGE 3
Case No. CR-09-0110 MMC

defendants Cheng Yuan "C.Y." Lin, Wen Jun "Tony" Cheng, and Duk Mo Koo with participating in the same TFT-LCD price-fixing conspiracy. There are common events and occurrences alleged in this case and the six predecessor cases pending before Judge Susan Illston. Specifically, the indicted defendants are former employees of Chunghwa Picture Tubes, Ltd., which pled guilty and was sentenced on January 14, 2009 for its involvement in the price-fixing conspiracy, and a former employee of LG Display, which pled guilty and was sentenced on December 15, 2008 for its role in the conspiracy.

Accordingly, the assignment of <u>United States v. Cheng Yuan "C.Y." Lin, Wen Jun "Tony" Cheng, and Duk Mo Koo</u> to Judge Susan Illston is therefore likely to conserve judicial resources and promote an efficient determination of the action.

DATED: February 13, 2009

Respectfully submitted,

BY: /s/ Heather S. Tewksbury
Niall E. Lynch
Michael L. Scott
Heather S. Tewksbury
David J. Ward
Alexandra J. Shepard
U.S. Department of Justice
Antitrust Division
450 Golden Gate Ave.
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660
Fax: (415) 436-6687

## CERTIFICATE OF SERVICE

I, Liliana C. Vallejo, certify:

That I am a citizen of the United States and am employed by the U.S. Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, CA 94102; I am over the age of eighteen years; and am not a party to the within action.

That on February 13, 2009, I served via fax and United States Postal Service mail a copy of the **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** on the following counsel:

Robert E. Welsh, Esq.
Welsh & Recker
2000 Market Street
Suite 2903
Philadelphia, Pennsylvania 19103
Fax: (215) 972-6436

George Beckwith, Esq.
Law Offices of George Beckwith
507 Polk Street
Suite 340
San Francisco, CA 94102
Fax: 415-771-6734

Barry F. McNeil, Esq.
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Fax: +1 214.200.0535

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2009, at San Francisco, California.

_____
Liliana C. Vallejo

NOTICE OF RELATED CASE - PAGE 5
Case No. CR-09-0110 MMC